UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRED ZINSER, | Case No.  2:15-cv-01459-JAD-VCF |
| Plaintiff, | ORDER |
| v. | |
| DANIEL DAWSON, et al. | |
| Defendants. | |

**I.   DISCUSSION**

On February 26, 2016, the Court issued its order screening Plaintiff's second amended complaint.  (ECF No. 13).  The Court stayed the action for 90 days to allow Plaintiff and the defendants an opportunity to settle their disputes before the $350.00 filing fee is paid, an answer is filed, or the discovery process begins.  (*Id.* at 7:11-14).  The Inmate Early Mediation Conference between Plaintiff and the defendants is set to take place on May 27, 2016 – two days after the current stay is set to end.  (ECF No. 15).  Defendant Jeremy Bean has filed a motion requesting a one-week extension of the stay to permit the parties to complete the mediation while the stay is still in effect.  (ECF No. 16).

**II.   CONCLUSION**

Accordingly, and based on the foregoing, the defendants' motion to extend the 90-

day stay is GRANTED.  The Court hereby extends the stay, up to and until, June 1, 2016.

It is further ordered that the defendants must file their status report on or before June 1, 2016.

IT IS SO ORDERED


DATED THIS 22nd day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE