ADAM PAUL LAXALT
Nevada Attorney General
JARED M. FROST
Senior Deputy Attorney General
Nevada Bar No. 11132
Office of the Attorney General
Bureau of Litigation
Public Safety Division
555 E Washington Ave, Suite 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3177
Email: jfrost@ag.nv.gov

*Attorneys for Defendant Jeremy Bean*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED ZINSER, | Case No. 2:15-cv-01459-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| DANIEL DAWSON, *et al.*, | |
| Defendants. | |

It is stipulated and agreed by and between Fred Zinser, Plaintiff Pro Se, and Defendant Jeremy Bean, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and

///
///
///
///
///

Jared M. Frost, Senior Deputy Attorney General, that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorney fees and costs.

DATED August 16, 2016.                                DATED August 17, 2016.

                                         ADAM PAUL LAXALT
                                         Nevada Attorney General

_/s/ Fred Zinser_                         By: _/s/ Jared Frost_
Fred Zinser                                       Jared M. Frost
*Plaintiff Pro Se*                              Senior Deputy Attorney General
                                            *Attorneys for Defendants*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions are DENIED as moot. The Clerk of Court is instructed to CLOSE THIS CASE.

Dated: August 22, 2016.

                                          _____
                                          UNITED STATES DISTRICT JUDGE